### 35639. DRURY v. THE STATE.

TOWNSEND, J. The decision heretofore handed down by this court is vacated and the judgment of the trial court overruling the motion for a new trial is reversed in conformity with the decision of the Supreme Court (211 *Ga.* 888, 89 S. E. 2d 513).

> *Judgment reversed. Gardner, P. J., and Carlisle, J., concur.*
>
> DECIDED NOVEMBER 8, 1955.

*G. B. Cowart,* for plaintiff in error.
*J. J. Lissner, Jr., Solicitor, Thomas E. Spell,* contra.